■ SALLY TRESTYN, Respondent, v ABEL TRESTYN et al., Appellants, et al., Defendant.—In an action to recover arrears of support payments due pursuant to a separation agreement entered into between plaintiff and defendant Abel Trestyn, and against others who have allegedly secreted funds belonging to Abel Trestyn, (1) the said defendant appeals from so much of an order of the Supreme Court, Kings County, entered May 6, 1976, as denied his motion to dismiss the complaint and (2) defendants Judy Kleiner, also known as Judy Trestyn, and Safer Meat and Poultry Corp. appeal from so much of the balance of the said order as, in dismissing the complaint against them, did so without prejudice to an application by plaintiff for leave to replead on proper papers. Order affirmed insofar as appealed from, with $50 costs and disbursements. We agree with the determination at Special Term that the portion of the separation agreement providing for the payment of the wife's legal fees in the divorce proceeding is not violative of section 5-311 of the General Obligations Law. Appellants may, upon plaintiff's application for leave to serve an amended pleading, raise any objection as to the timeliness of such motion. Martuscello, Acting P. J., Latham, Margett, Damiani and Titone, JJ., concur.

■ TRIBUNE ASSISTANCE CORP., Appellant, v NEVINS WAREHOUSE & TRUCKING CORP., Respondent.—In an action to recover brokerage commissions, plaintiff appeals (by permission) from an order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, dated April 6, 1976, which reversed a judgment of the Justice Court, Village of Larchmont, Westchester County, dated June 2, 1975, which, after a nonjury trial, was in favor of it and against defendant. Order affirmed, with costs. The evidence is insufficient to show that respondent and the prospective lessee agreed to the terms of a lease. Accordingly, since no agreement was reached, the broker's commission was not earned (see *Kaelin v Warner,* 27 NY2d 352). Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.